

# DOCUMENTS TO BE SEALED

PLAINTIFF

-V-

DEFENDANT



DOCKET NUMBER: __21 CV 10769__

DATE FILED: __DEC 1 6 2021__

SIGNED BY: __JUDGE MARRERO__

DATE SIGNED: __NOV 2 3 2021__

TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

__✓__ COMPLAINT/PETITON ONLY

__✓__ OTHER DOCUMENTS/EXHIBITS