UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONE WORLD FILTER CORPORATION,

                           Plaintiff,

                -v.-

KOSLOW TECHNOLOGIES
CORPORATION, EVAN E. KOSLOW,
*and* NEW MILLENNIUM CONCEPTS,
LTD.,

                           Defendants.

21 Civ. 10769 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

 The parties are hereby ORDERED to appear for a hearing regarding
Plaintiff's motion for a temporary restraining order and preliminary injunction
on March 11, 2022, at 2:00 p.m. in Courtroom 905 of the Thurgood Marshall
Courthouse, 40 Foley Square, New York, New York.

 SO ORDERED.

Dated:   March 3, 2022
   New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge