

600 Summer Street, Stamford, CT 06901
Tel: +1 203-703-0800
Website: www.whipgroup.com

March 25, 2022

VIA ECF FILING

Hon. Katherine Polk Failla
United States District Judge
For the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1105
New York, NY  10007



MEMO ENDORSED

Re:   Civil Action No. 1:21-cv-10769-KPF
      One World Filter Corporation v. Koslow Technologies Corporation, et al.

Dear Judge Failla:

    We represent Defendants Koslow Technologies Corporation ("KT Corp.") and Dr. Evan E. Koslow ("Dr. Koslow") (collectively "KTC Defendants") in the above referenced action. Koslow submits this letter in response to the Court's Minute Entry dated March 14, 2022 requesting KTC Defendants propose next steps in this litigation.

    The KTC Defendants wish to have all claims in this action resolved in arbitration, as agreed to by the parties in their License Agreement. Accordingly, the KTC Defendants respectfully request an order compelling Plaintiff One World Filter Corporation to initiate arbitration within thirty (30) days and stay this action pending the resolution of the arbitration.

    Filed concurrently herewith is an associated motion, memorandum of law, and proposed order. Plaintiff has indicated that it will not oppose this motion.

Respectfully submitted,

Christopher J. Stankus
cstankus@whipgroup.com

c:  All Counsel (via ECF)

---

```
The Court is in receipt of Defendants' motion to compel
arbitration and understands that Plaintiff does not oppose this
motion.  The Court will endorse Defendants' proposed order under
separate cover.  The Clerk of Court is directed to STAY this
action and to terminate the pending motion at docket number 27.

Dated:    March 31, 2022
          New York, New York
```

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE