UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| One World Filter Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>Koslow Technologies Corporation,<br>Evan E. Koslow, and<br>New Millennium Concepts, Ltd.,<br><br>          Defendants. | CASE NO. 1:21-CV-10769 (KPF)<br><br>**ORDER** |

**THIS MATTER** comes before the Court by Defendants Koslow Technologies Corporation ("KT Corp.") and Evan E. Koslow ("Dr. Koslow") (collectively, "KTC Defendants"), seeking relief by way of a Motion to Compel Arbitration, and for good cause having been shown;

**IT IS,** on this 31st day of March, 2022,

**HEREBY ORDERED** that Plaintiff shall arbitrate the claims set forth in the Complaint, shall initiate such arbitration within thirty (30) days, and that the Complaint is stayed;

**IT IS FURTHER ORDERED** that the parties shall update the Court within thirty (30) days of this Order regarding the status of any arbitration.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all parties within 7 days of receipt of this Order;

**SO ORDERED.**

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE