

600 Summer Street, Stamford, CT 06901
Tel: +1 203-703-0800
Website: www.whipgroup.com

December 10, 2024

Via ECF

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

    Re:    Status - One World Filter Corp. ("OWFC") v. Koslow Technologies Corp., et al. ("KTC Parties"), Case No. 21-cv-10769-KPF

Dear Judge Failla:

On March 31, 2022, the Court ordered the plaintiff, OWFC, to arbitrate the claims set forth in the above-referenced matter. The Court further ordered that the Parties update the Court regarding the status of the arbitration on June 2, 2022 and every thirty (30) days thereafter. (DI 35). The Parties submit this letter in accordance with the Court's Order:

Status of Arbitration[1]

1. Arbitration hearing was held between January 29, 2023 and February 2, 2024.
2. The Parties are preparing their respective post-hearing submissions.
3. The Parties are waiting for further instructions from the Tribunal with regard to the post hearing submissions.
4. The Tribunal has set a deadline for the post-hearing submission for June 21, 2024.
5. On June 21, 2024, the parties submitted their post-hearing submissions to the tribunal.
6. The parties are waiting for the tribunal's interim decision.
7. The parties continue waiting for the tribunal's interim decision.
8. The Tribunal has issued a Partial Final Award in which Claimant One World Filter Corp's claims were denied in toto, and Respondent Koslow was awarded damages, fees and costs on its counterclaims.

Sincerely,

Wesley W. Whitmyer, Jr.
wwhitmyer@whipgroup.com

WWW:AH

---

[1] Underlined text signifies the additions in the status update to the previous update.