UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONE WORLD FILTER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KOSLOW TECHNOLOGIES CORPORATION, EVAN E. KOSLOW, and NEW MILLENNIUM CONCEPTS, LTD.,<br><br>Defendants. | Civil Action No. 21-cv-10769-KPF<br><br>Hon. Katherine Polk Failla<br><br>**NOTICE OF MOTION TO VACATE ARBITRATION AWARD** |

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned attorneys for Plaintiff One World Filter Corporation ("OWFC")" will and hereby do move before the Honorable Katherine Polk Failla, U.S.D.J., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order pursuant to Federal Arbitration Act, 9 U.S.C. § 10, New York CPLR § 7511, and common law, vacating the Partial Final Award ("Award") in the arbitration proceedings of *One World Filter Corporation v. Koslow Technologies Corporation and Evan E. Koslow*, International Centre for Dispute Resolution ("ICDR"), Case No. 01-22-0001-7885.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, OWFC will rely on the accompanying Memorandum of Law, Declaration of Darren M. Geliebter and exhibits thereto, and all of the pleadings and proceedings herein.

Dated: January 27, 2025                    ONE WORLD FILTER CORPORATION

/s/ Darren M. Geliebter
Darren M. Geliebter
LOMBARD & GELIEBTER LLP
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
(212) 520-1172 (telephone)
(646) 349-5567 (facsimile)
dgeliebter@lombardip.com

*Attorneys for Plaintiff*
*One World Filter Corporation*