

600 Summer Street, Stamford, CT 06901
Tel: +1 203-703-0800
Website: www.whipgroup.com

October 7, 2025

<u>Via ECF</u>

Hon. Katherine Polk Failla
United States District Court for Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

**MEMO ENDORSED**

Re:   WHIP File 07514-L0007A
      <u>1:21-cv-10769-KPF One World Filter Corporation v. Koslow Technologies Corporation</u>

Dear Judge Failla:

This joint status report is being submitted by the parties according to your order at Docket 100 dated September 24, 2025.

Defendant, Koslow Technologies Corporation, has reported your Honor's September 24, 2025 Order to the International Center for Dispute Resolution (ICDR) Tribunal as required by the Tribunal's Procedural Order No. 10. Defendant believes that the next step is for the Tribunal to issue a Final Award which includes an updated interest calculation together with attorney fees and costs. Once the Tribunal issues a Final Award, Defendant proposes it be forwarded to your attention for entry of a final judgment in this case.

Plaintiff One World Filter Corporation is presently considering its options to appeal, modify, challenge, or otherwise seek relief from, the judgment in the Court's September 24, 2025, Order that may be available under the Federal Rule of Civil and Appellate Procedure. Plaintiff is also willing to simultaneously revisit Defendant's offer from earlier this year to engage in settlement discussions and explore a business resolution to this ongoing dispute. Accordingly, Plaintiff proposes that the parties provide a status update to the Court in 30 days. Plaintiff also intends to request that the Tribunal stay any action in the arbitration, including issuance of a Final Award, for at least the next 30 days pending the outcome of Plaintiff's deliberations.

Sincerely,

Wesley W. Whitmyer, Jr.
wwhitmyer@whipgroup.com

WWW:MEM
cc:   Alll Counsel (via ECF)

Application GRANTED.  The parties shall provide a status update to the Court on or before **November 7, 2025.**

Dated:     October 8, 2025
           New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE