# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand twenty-six,

One World Filter Corporation,

    Plaintiff - Appellant,

v.

Koslow Technologies Corporation, Evan E. Koslow, New Millennium Concepts, Ltd.,

    Defendants - Appellees.

ORDER
Docket No. 25-2697


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  2/3/2026

    The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

    The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/03/2026