**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

ONE WORLD FILTER CORPORATION,

Plaintiff,

No. 21-cv-10769-KPF

v.

Hon. Katherine Polk Failla

KOSLOW TECHNOLOGIES
CORPORATION, DR. EVAN E.
KOSLOW, and NEW MILLENIUM
CONCEPTS, LTD.,

Motion for Final Judgment
Under Rule 54(b)

Defendants.

Defendants Koslow Technologies Corporation and Evan Koslow ("Koslow") respectfully move the Court to issue a **final** judgment under Rule 54(b) confirming the final arbitral award in this matter as between One World and Koslow. In support of the motion, Koslow states the following:

1. On 2024-10-28, the arbitral Tribunal issued a partial final award ("Merits Award") (attached hereto).

2. One World then moved the Court to vacate the Merits Award, and Koslow cross-moved to confirm the Merits Award.

3. The Court confirmed the Merits Award. See ECF 100.

4. One World then appealed the Court's order.

5. On 2026-02-16, the arbitral Tribunal issued a final award ("Costs Award") (attached hereto).

6. On 2026-03-26, the Second Circuit Court of Appeals dismissed One World Filter Corporation's appeal of ECF 100 for failure to brief the appeal.

7. Rule 54(b) permits entry of a final judgment as between certain parties for whom the matter is resolved, even if the matter is not resolved as between remaining parties.

8. There is no reason to delay entering a final judgment confirming the Tribunal's final award.

Entry of final judgment on an arbitral award always is proper, **unless** the opponent of the award carries the "heavy" burden of demonstrating an impropriety in the award. See, e.g., *Halcot Nav. LP v. Stolt-Nielsen Transp. Grp.*, 491 F. Supp. 2d 413, 420 (S.D.N.Y. 2007). Plaintiff One World already has strained at this burden and failed. See ECF 100 (2025-09-24).

Accordingly, Koslow respectfully moves the Court to enter a judgment and order as proposed below.

Respectfully,
*s/Alan Harrison*
Alan Harrison (ct29464)
Wesley W. Whitmyer, Jr.
aharrison@whipgroup.com
litigation@whipgroup.com
203.703.0800
Whitmyer IP Group, LLC
600 Summer Street
Stamford, CT 06901

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF NEW YORK**

ONE WORLD FILTER CORPORATION,

Plaintiff,

v.

KOSLOW TECHNOLOGIES
CORPORATION, DR. EVAN E. KOSLOW,
and NEW MILLENIUM CONCEPTS, LTD.,

Defendants.

No. 21-cv-10769-KPF

Hon. Katherine Polk Failla

(Proposed) Judgment and Order

Having considered the record and the awards of the arbitral Tribunal, the Court finds good reason to **confirm** the awards, and issues the following judgment and order:

1. The attached arbitral awards are confirmed.

2. One World Filter Corporation shall pay Koslow Technologies Corporation the total awarded amount of $19,137,262.54, before April 30, 2026, with interest accruing thereafter at a rate of 12% annually compounded.

SO ORDERED.

This …… day of ………, 2026.

.………………………
Hon. Katherine Polk Failla, USDJ