# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

ONE WORLD FILTER CORPORATION,

Plaintiff,

v.

KOSLOW TECHNOLOGIES CORPORATION,
DR. EVAN E. KOSLOW, and NEW MILLENIUM
CONCEPTS, LTD.,

Defendants.

No. 21-cv-10769-KPF

Hon. Katherine Polk Failla

Petition to Confirm Arbitral Tribunal's Costs
Award

In 2025, Defendants Koslow Technologies Corporation and Dr. Evan E. Koslow (collectively, "Koslow") petitioned the Court to confirm the arbitral panel's partial final award of damages in excess of $17 million. The Court did so, despite Plaintiff's protestations and papers filed. See ECF 100.

The record has not changed. No new evidence has been submitted. Nor could any new legal arguments be made regarding the powers or impartiality of the arbitrators; the law has not changed.

The arbitral panel now has awarded costs of the arbitration as shown in the attached Costs Award. For generally the same reasons expressed in the previous papers, Koslow now respectfully petitions the Court to confirm the final award of costs.

Respectfully,
*s/Alan Harrison*
Alan Harrison (ct29464)
Wesley W. Whitmyer, Jr.
aharrison@whipgroup.com
litigation@whipgroup.com
203.703.0800
Whitmyer IP Group
600 Summer Street
Stamford, CT 06901