UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| ONE WORLD FILTER CORPORATION, <br><br> Plaintiff, <br><br> -v.- <br><br> KOSLOW TECHNOLOGIES CORPORATION, EVAN E KOSLOW, and NEW MILLENNIUM CONCEPTS, LTD., <br><br> Defendants. |

21 Civ. 10769 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On March 25, 2026, Defendants Koslow Technologies Corporation and Evan E. Koslow (collectively, "Koslow") filed a petition to confirm an arbitration award. (Dkt. # 110). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Defendants shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **April 30, 2026**. Plaintiff's opposition, if any, is due on **May 29, 2026**. Petitioners' reply, if any, is due **June 12, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 110.

SO ORDERED.

Dated:   March 31, 2026
         New York, New York

KATHERINE POLK FAILLA
United States District Judge