**MANDATE**

1:21-cv-10769-KPF

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of February, two thousand twenty-six.

_____

One World Filter Corporation,

        Plaintiff - Appellant,

   v.

Koslow Technologies Corporation, Evan E. Koslow, New Millennium Concepts, Ltd.,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 25-2697

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/2/2026__

On November 10, 2025, the Court set February 5, 2026, as the brief filing date. The parties submitted Local Rule 42.1 stipulations and then, on February 6, 2026, Appellant filed a letter to reinstate the appeal. Upon consideration thereof,

IT IS HEREBY ORDERED that Appellant's brief must be filed on or before March 13, 2026.  The appeal will be dismissed effective March 13, 2026, if the brief is not filed by that date.  A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date.  *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 04/02/2026**