### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

ONE WORLD FILTER CORPORATION,

Plaintiff,

v.

KOSLOW TECHNOLOGIES CORPORATION,
DR. EVAN E. KOSLOW, and NEW MILLENIUM
CONCEPTS, LTD.,

Defendants.

No. 21-cv-10769-KPF

Hon. Katherine Polk Failla

Motion to Confirm Arbitration
Award

At ECF 111 the Court directed the Koslow Defendants to file a motion to confirm the attached final arbitration award, in the form of a motion for summary judgment under Rule 56 with corresponding statement of undisputed facts under Local Rule 56.1.

The Koslow Defendants now move the Court for a summary judgment confirming the arbitration award. Summary judgment is appropriate when there is no dispute as to any facts material to the judgment. As set forth in the attached statement of undisputed facts, the arbitral panel was properly constituted, acted within its powers and without partiality or other impropriety, and made a final award of fees and costs (to be confirmed on this motion) in addition to a partial final award of damages (already confirmed). The Federal Arbitration Act now requires the Court to confirm the final award. There is no requirement that the Koslow Defendants should re-try or re-brief the subject matter resolved by the arbitral award.

Respectfully,
*s/Alan Harrison*
Alan Harrison (ct29464)
aharrison@whipgroup.com
203.703.0800
Whitmyer IP Group
600 Summer Street
Stamford, CT 06905