**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

ONE WORLD FILTER CORPORATION,

Plaintiff,

v.

KOSLOW TECHNOLOGIES CORPORATION,
DR. EVAN E. KOSLOW, and NEW MILLENIUM
CONCEPTS, LTD.,

Defendants.

No. 21-cv-10769-KPF

Hon. Katherine Polk Failla

Facts Material to Motion to Confirm
Arbitration Award

The following facts are beyond dispute, and support confirmation of the attached arbitral final award ("Costs Award") that is at issue:

1.  Pursuant to the Court's order, an arbitration was held between Plaintiff and the Koslow Defendants in January-February 2024. (Dkt 88, Att 2.)

2.  The scope of the arbitration included findings of fact and conclusions of law related to an existing series of agreements among the Plaintiff and the Koslow Defendants. (Dkt 88, Att 2.)

3.  In October 2024, the arbitral panel issued a partial final award (the "Merits Award") that granted the Koslow Defendants damages. (Dkt 88, Att 2.)

4.  The Court confirmed the Merits Award. (Dkt 100.)

5.  In confirming the Merits Award, the Court found that there were no grounds to vacate it; that is, that the arbitral panel proceeded without corruption, fraud, partiality, misconduct, or exceeding or imperfectly executing its powers under the arbitration agreement. (Dkt 100.)

6.  In February 2025, the arbitral panel issued a final award (the "Costs Award") that granted Defendants costs and fees of the arbitral proceeding. (Dkt 108, Att 2.)

7.  As explained in the Costs Award, the arbitration agreement authorized the arbitral panel to grant costs and fees. (Dkt 108, Att 2.)

8.  In calculating the Costs Award, the arbitral panel acted within its powers under the arbitration agreement. (Dkt 108, Att 2.)

9.  The Federal Arbitration Act, § 9, directs the Court to confirm the Costs Award unless there are grounds to vacate, modify, or correct it.

Respectfully,
*s/Alan Harrison*
Alan Harrison (ct29464)
aharrison@whipgroup.com
203.703.0800
Whitmyer IP Group
600 Summer Street
Stamford, CT 06905