

LOMBARD & GELIEBTER LLP
1325 Avenue of the Americas,
28th Fl.
New York, NY 10019

T 212.520.1172
F 646.349.5567

www.LombardIP.com

DARREN M. GELIEBTER
E-MAIL: *dgeliebter@lombardip.com*
DIRECT DIAL: +1 (212) 520-1172

May 28, 2026

<u>***Via ECF***</u>

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** ***One World Filter Corporation. v. Koslow Technologies Corporation et al.*,**
<u>**No. 21-10769**</u>

Dear Judge Failla:

We represent Plaintiff One World Filter Corporation in the above-captioned action. We respectfully write in connection with Defendants' Motion for Summary Judgment to Confirm Final Costs Award by Arbitral Tribunal, filed at ECF No. 113. After consultation with our client, Plaintiff has determined that it will not be filing opposition papers in response to Defendants' motion. This letter is submitted solely to respectfully advise the Court that the motion will proceed without opposition from Plaintiff.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Darren M. Geliebter*

Darren M. Geliebter