UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONE WORLD FILTER CORPORATION,<br><br>            Plaintiff,<br><br>    -against-<br><br>KOSLOW TECHNOLOGIES CORPORATION,<br>EVAN E. KOSLOW, AND NEW MILLENNIUM<br>CONCEPTS, LTD.,<br><br>            Defendant. | 21 CIVIL 10769 (KPF)<br><br>**JUDGMENT** |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated June 18, 2026, Defendants' motion for summary judgment is GRANTED and the Final Award is confirmed. Judgment entered against One World Filter Corporation and in favor of Koslow Technologies Corporation and Evan E. Koslow in the amount of $19,137,262.54, reflecting $17,346,392.00 in unpaid license fees, $726,272.00 in prejudgment interest, and $1,064,598.54 in costs; accordingly, the case is closed.

**Dated:**   New York, New York

      June 22, 2026

                                 **TAMMI M. HELLWIG**

                                     **Clerk of Court**

**BY:**

                                     **Deputy Clerk**